UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS         REEDER,
individually and on behalf
of the class,

         Plaintiff,

v.                              Case No: 2:15-cv-805-FtM-99MRM

AZURE COLLEGE, INC.,

         Defendant.

_____

**ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #39) filed on April 14, 2016.  No answer or motion for summary judgment has been filed by defendant; therefore a voluntary dismissal is appropriate.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice.  The Clerk shall terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___15th___ day of April, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Mac R. McCoy
Parties of record